DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNMARIE BALCH** and **SHERMAN BALCH,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION,**
Appellee.

No. 4D18-3480

[October 24, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 2016-CA-001394.

Annmarie Balch and Sherman Balch, Palm City, pro se.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***